# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

LON PERRY EDGE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. CIV-08-229-RAW
(Underlying Case No. CR-05-086)

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, judgment is hereby entered in favor of Respondent and against Petitioner. This matter is hereby closed.

IT IS SO ORDERED this 21st day of August, 2008.

**Dated this 21st Day of August 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma